UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORGAN ROBERTS,<br><br>  Plaintiff(s),<br>v.<br><br>NUNA BABY ESSENTIALS INC.,<br><br>  Defendant(s). | CASE NO. C25-2209-KKE<br><br>ORDER TO FILE SUPPLEMENTAL BRIEFING |

Defendant's motion to dismiss is currently pending (Dkt. No. 21), and Defendant filed a notice of supplemental authority after briefing was complete. *See* Dkt. No. 30 (referencing Minute Entry, *In re: Nuna Baby Essentials Rava Litig.*, No. 3:25-cv-01284-AMO (N.D. Cal. Jan. 9, 2026)).

The Court ORDERS the Defendant to file a supplemental brief of no more than five pages in length no later than January 26, 2026, addressing the applicability of the supplemental authority to this case.[1] Plaintiff may file a responsive supplemental brief of no more than five pages in length no later than February 2, 2026.

---

[1] Defendant shall also, as offered in the notice of supplemental authority, file on this docket a copy of the transcript in the *In re: Nuna Baby Essentials Rava Litigation* hearing transcript upon receipt. If Defendant does not receive the transcript before its supplemental brief is due, Defendant may file a motion to extend the briefing schedule.

ORDER TO FILE SUPPLEMENTAL BRIEFING - 1

The clerk is directed to RE-NOTE Defendant's motion to dismiss (Dkt. No. 21) for February 2, 2026.

Dated this 13th day of January, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO FILE SUPPLEMENTAL BRIEFING - 2