UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORGAN ROBERTS, | CASE NO. C25-2209-KKE |
| Plaintiff(s), | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS |
| v. | |
| NUNA BABY ESSENTIALS INC., | |
| Defendant(s). | |

The Court held oral argument on Defendant's motion to dismiss (Dkt. No. 21) and ruled from the bench. Dkt. No. 38. This order memorializes the Court's oral ruling. Defendant's motion (Dkt. No. 21) is GRANTED IN PART and DENIED IN PART, as follows:

(1) Defendant's motion to dismiss for prudential mootness is DENIED.

(2) Defendant's motion to dismiss Claims One, Two, Three, and Five listed in Plaintiff's complaint for failure to state a claim is GRANTED WITH LEAVE TO AMEND.

(3) Defendant's motion to dismiss Claim Four listed in Plaintiff's complaint for failure to state a claim is DENIED.

(4) Plaintiff may file an amended complaint no later than March 11, 2026.

Dated this 11th day of February, 2026.

Kymberly K. Evanson
United States District Judge