UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MORGAN ROBERTS,

                        Plaintiff(s),

        v.

NUNA BABY ESSENTIALS INC.,

                        Defendant(s).

CASE NO. C25-2209-KKE

ORDER STRIKING HEARING

The Court scheduled an oral argument on Defendant's motion to dismiss for July 9, 2026. Dkt. No. 51. But on July 2, 2026, Plaintiff filed a motion for leave to amend the complaint and supplement the record with recently discovered evidence, and this motion is noted for July 23, 2026. Dkt. No. 53.

To proceed with a hearing on a motion that may ultimately be mooted would not be an efficient use of the Court's or the parties' time. The Court therefore STRIKES the hearing, to be re-set as necessary after the Court resolves the motion for leave to amend the complaint. The clerk is directed to RE-NOTE Defendant's motion to dismiss (Dkt. No. 45) for July 23, 2026.

Dated this 6th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING HEARING - 1