THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MORGAN ROBERTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUNA BABY ESSENTIALS, INC.,<br><br>Defendant. | Case No.: 2:25-cv-02209-KKE<br><br>**STIPULATED MOTION AND ORDER TO STAY LITIGATION PENDING SETTLEMENT APPROVAL** |

In accordance with Western District of Washington Local Rules 7(j) and 10(g), Plaintiff Morgan Roberts and Defendant Nuna Baby Essentials, Inc., by and through their counsel, stipulate and move the Court for an order staying further litigation of this case while the parties document and seek court approval of the proposed settlement of this case and the five related class action cases pending in other district courts involving similar claims.

On September 30, 2026, the parties participated in an in-person mediation with mediator Hunter Hughes in San Diego, California, along with counsel for Nuna and for the plaintiffs and proposed class members in the five related cases (*In re Nuna Baby Essentials Rava Litigation*, No. 4:25-cv-01284-AMO (N.D. Cal. Feb. 6, 2025); *Baig v. Nuna Baby Essentials, Inc.*, No. 5:25-cv-03327-JLS (E.D. Pa. Jun. 30, 2025); *Medema v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-07768 (N.D. Ill. July 9, 2025); *Chan v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-03985-LDH-PK (E.D.N.Y. July 17, 2025); and *Moncada, et al. v. Nuna Baby Essentials, Inc.,* No. 1:25-cv-02592-PKC (S.D.N.Y. Mar. 28, 2025). During the mediation, the parties reached an agreement in principle to settle all claims on a classwide basis on behalf of approximately 600,000 class

members in the United States in this case and the related cases. The parties are now documenting the settlement, retaining a notice administrator and preparing a notice plan, drafting settlement notices, and preparing a motion for preliminary approval.

The parties in the related cases have agreed that the motion for preliminary approval, and, if granted, the eventual motions for final approval and attorneys' fees and costs, will be filed in the related *Baig* action pending in the Eastern District of Pennsylvania before Judge Jeffrey Schmehl where Nuna is headquartered and where Plaintiff Baig alleged claims on behalf of a proposed nationwide class. The parties expect that documenting and finalizing the settlement agreement and preparing the motion for preliminary approval will take approximately 75 days, and that the preliminary approval motion will be filed by December 11, 2026.

To preserve judicial resources and streamline the litigation among the courts during this process, the parties propose that this Court vacate all deadlines and stay the litigation for approximately 90 days, including deadlines associated with Nuna's Motion to Dismiss Second Class Action Complaint, ECF 75. The parties in the related cases are seeking similar stays, and three of the courts have granted this relief to date (*In re Nuna Baby Essentials Rava Litigation*, ECF No. 113; *Medema*, ECF No. 99; *Moncada*, ECF No. 52). In requesting this relief, no party waives, and each party expressly reserves, all claims, defenses, and arguments, including as to the merits, class certification, and the scope of remaining discovery.

Good cause exists for the proposed stay because the parties have been diligently litigating this case while coordinating with counsel in the related cases, negotiated a resolution in principle of all claims on a nationwide class basis, and believe the requested stay will allow them to most efficiently document and obtain approval of the settlement.

IT IS SO STIPULATED by and between the parties this 12th day of October, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Amanda M. Steiner
Beth E. Terrell, WSBA No. 26759
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA No. 29147
Email: asteiner@terrellmarshall.com
Benjamin M. Drachler, WSBA No. 51021
Email: bdrachler@terrellmarshall.com
1700 Westlake Ave. North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Dustin L. Schubert (admitted *pro hac vice*)
Email: dschubert@sjk.law
SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

*Counsel for Plaintiff and the Proposed Class*

CORR CRONIN LLP

By: /s/ Kristin E. Bateman
Blake Marks-Dias, WSBA No. 28169
Email: bmarksdias@corrcronin.com
Emily J. Harris, WSBA No. 35763
Email: eharris@corrcronin.com
Kristin E. Bateman, WSBA No. 54681
Email: kbateman@corrcronin.com
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Telephone: (206) 625-8600

Robert A. Mantel (admitted *pro hac vice*)
Email: rmantel@crowell.com
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 590-5439

Scott L. Winkelman (admitted *pro hac vice*)
Email: swinkelman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595
Telephone: (202) 624-2972

Valerie M. Goo (admitted *pro hac vice*)
Email: vgoo@crowell.com
CROWELL & MORING LLP
515 S Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750

David S. Osterman (admitted *pro hac vice*)
Email: dosterman@goldbergsegalla.com
GOLDBERG SEGALLA LLP
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540-6587
Telephone: (609) 986-1300

*Attorneys for Defendant Nuna Baby Essentials, Inc.*

**ORDER**

Having reviewed the parties' stipulated motion to stay litigation pending settlement approval, the Court finds good cause to GRANT the motion (Dkt. No. 77) and temporarily stay this case while the parties document and seek preliminary approval of the settlement. Defendant's motion to dismiss (Dkt. No. 75) is TERMINATED, subject to reactivation if necessary. The parties shall file a status report or further stipulated motion no later than December 18, 2026.

DATED: October 13, 2026.

Kymberly K. Evanson
United States District Judge